UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PIANGE JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARGOSY UNIVERSITY, ON-LINE DIVISION; ARGOSY UNIVERSITY; ARGOSY UNIVERSITY EDUCATION MANAGEMENT, LLC; EDUCATION MANAGEMENT HOLDINGS, LLC; EDUCATION MANAGEMENT CORPORATION; and ARGOSY UNIVERSITY OF ARGOSY EDUCATION GROUP,<br><br>　　　　　Defendants. | Case No.: 2:12-CV-02091-APG-NJK |

### ORDER

On January 27, 2014, the Court granted Defendants Education Management Corporation and Argosy University of Argosy Education Group, Inc.'s Motion to Dismiss (Doc. #17). The Court also granted Plaintiff leave to amend her complaint within 30 days from the date of the Order or the case would be closed. Plaintiff did not file an amended complaint.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED. The clerk of court shall close the file.

DATED this 11th day of March, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1